# EXHIBIT A

Chase
P.O. Box 469030
Glendale, CO 80246-9030

**CHASE ⬡**

June 29, 2022

0000016 1 of 3 QNSPMBV1 Z1 18022 000000000000

BRAD J SADEK
1315 WALNUT STREET
SUITE 502
PHILADELPHIA, PA 19107

**Here's an update on a deferment for our customer(s)**

| | |
|---|---|
| Account: | ▮▮▮▮▮ |
| Case Number: | 22-10990 |
| Customer(s): | MARTIN  WELLINGTON |
| | DONNA  WELLINGTON |
| Property Address: | 508  CROSSFIELD RD |
| | KING OF PRUSSIA, PA 19406 |

Dear BRAD J SADEK:

The following pages contain information about a deferment on this account for your client(s).

If you have questions, please call us.

Sincerely,

Chase
1-800-848-9380
1-866-282-5682 Fax; it's free from any Chase branch

BA086-QI

Chase
P.O. Box 469030
Glendale, CO 80246-9030



June 29, 2022

MARTIN  WELLINGTON
DONNA  WELLINGTON
508 CROSSFIELD RD
KING OF PRUSSIA, PA 19406-1657

**We completed your deferment offer**

Account:　　　　　　　████████
Property Address:　508  CROSSFIELD RD
　　　　　　　　　　　KING OF PRUSSIA, PA 19406

Dear MARTIN WELLINGTON and DONNA WELLINGTON:

We deferred unpaid amounts and changed the next payment date to bring the account up to date.

**Here's what we have done**
We moved the unpaid principal (if any) and interest amounts and any escrow advances that we paid on your behalf during the assistance period to the end of the account term and changed the next payment date to bring the account up to date.

- Your special relief assistance program is·complete, and the forbearance from monthly payments has ended.
- The payment amount for July 1, 2022, is $1,996.94.
- The payment beginning September 1, 2022, will be $1,843.53, which includes the additional escrow amounts to be added to the monthly payment following our recent escrow account review, in the amount of $22.46. If this amount changes, your new total monthly payment will reflect the latest change.
- If any changes occur to the payment amount in the future, we will notify you in advance.
- You can also make payments over the phone or at a Chase branch.

Here's a summary:

| Account status | |
|---|---|
| Prior payment date | April 1, 2022 |
| Number of unpaid payments | 3 |
| Unpaid principal (if any) and interest amounts | $3,441.72 |
| Escrow advances | $840.36 |
| **Offer summary** | |
| Next payment date | July 1, 2022 |

BA086-QI

| Total deferred amount | $4,282.08 |
|---|---|

We moved $4,282.08 to the end of the loan term. This amount will be shown as a Deferred Principal Balance in future statements and correspondence and will be payable when the loan matures on May 1, 2058. If the interest bearing principal balance of the account is paid off early or the property is transferred or sold, the deferred amount will be payable at that time.

Please keep a copy of this letter. We have enclosed FAQs for more information.

If you have questions, please call us. We're here to help Monday through Friday from 8 a.m. to 10 p.m., and Saturday from 8 a.m. to 5 p.m. Eastern Time.

Sincerely,

Jamie Downey
Executive Director
Chase
1-800-848-9380; we accept operator relay calls
1-866-282-5682 Fax; it's free from any Chase branch

Enclosure

Esta comunicación contiene información importante acerca de la cuenta. Si tiene alguna pregunta o necesita ayuda para traducirla, comuníquese con nosotros llamando al 1-800-848-9380, de lunes a viernes de 8 a.m. a 10 p.m. y sábados de 8 a.m. a 5 p.m., hora del Este.

### Important Legal Information

**Information about bankruptcy filings**
To the extent your original obligation is subject to the automatic stay of bankruptcy or was discharged under the United States Bankruptcy Code, this notice is for compliance with non-bankruptcy law and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. Nothing in this notice means that you're required to repay a debt that's subject to the automatic stay or has been discharged. Any payment you make on the account is voluntary, but if the original obligation is secured by collateral, we retain the rights under any applicable security instrument.

If you are represented by an attorney, please refer this letter to your attorney and provide us with the attorney's name, address, and telephone number.

**Here's where to look for more help**
You can call the U.S. Department of Housing and Urban Development at 1-800-569-4287 or the U.S. Department of the Treasury sponsored HOPE Hotline number at 1-888-995-HOPE (1-888-995-4673) to get free assistance, or visit HopeNow.com. You can also find a nonprofit HUD-approved counselor who can provide the information and assistance you may need to avoid foreclosure by using the search tool at hud.gov/offices/hsg/sfh/hcc/fc/. The HUD-approved housing counseling agencies found on . HUD.gov can also help you with your household budgeting at no charge.

**Information for Servicemembers and their dependents**

BA086-QI

If you or any occupant of your home are or recently were on active Military duty or related active service, you may be eligible for benefits and protections under the federal Servicemembers Civil Relief Act (SCRA), state law, or Chase policy. This includes protection from foreclosure or eviction, and in some cases, interest rate benefits. Some protections also may be available if you are the dependent of an eligible Servicemember. Although Servicemember interest rate benefits under the Servicemembers Civil Relief Act don't allow you to defer payments, some states allow for a payment deferral if certain conditions are met.

For more information, please call Chase Military Services at 1-877-469-0110.

ID M4XOUQGHKN
BA086-QI

BA086-QI



Frequently Asked Questions

1.  **I have been approved for this program. What's next?**
    We have already completed this program for you. You don't need to take additional action right now.

    If escrow payments weren't made, there will likely be a shortage in the escrow account. This means that there won't be enough funds in the escrow account to meet the amounts that we require for future tax and insurance payments. We cannot defer the escrow shortage. If there is a shortage on your next escrow analysis and you can't make up the shortage all at once, we will spread the shortage over 60 months and add it to the monthly mortgage payments.

    All other terms of the account will stay the same. This deferred amount, together with any other deferred or balloon balance on the account, must be paid at the earliest of the following:

    - You sell or transfer the property,
    - You pay the entire interest-bearing principal balance, or
    - Your loan matures.

If you are experiencing financial hardship, you may be eligible for mortgage assistance from your state's housing finance agency or other state or local government agency.

2.  **I didn't request or accept this offer. What should I do next?**
    Please call us at 1-800-848-9380; we accept operator relay calls.

BA086-QI